

# MEMORANDUM

FILED
ASHEVILLE, N.C.

APR 1 1 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

**To:** Judge Dennis L. Howell

**cc:** U.S. Probation Officer Angela L. Pickett

**From:** Elisabeth F. Ervin

**Re:** M. Teresa Doherty
1:07CR5

**Date:** April 11, 2007

M. Teresa Doherty was released on a $25,000 unsecured bond and placed on Administrative Supervision on January 31, 2007. Ms. Doherty, the owner of Corporate Travel Management, has requested permission to travel to London, England from June 1 though 12, 2007, in conjunction with her business. No bond violations have occurred and it is recommended she be allowed to travel to England as scheduled.

Approved April 11, 2007,

---
Dennis L. Howell
U.S. Magistrate Judge

from the desk of...

**Elisabeth F. Ervin**
Supervising U.S. Probation Officer

U.S. Probation Office
B-3 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801

Tel: (828) 771-7375
Fax: (828) 271-4017