**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:07CR5**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **M. THERESA DOHERTY** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion to delay the imposition of sentence.

The Defendant was sentenced by the undersigned on June 19, 2007, to a one year term of probation; five months of such term were to be served by home detention with electronic monitoring and such term was "to commence immediately." **Judgment in a Criminal Case, filed July 9, 2007.** According to the motion, the "house arrest" component has not begun.

The Court has been advised that the Defendant's supervision has been monitored by the Columbia, South Carolina, Probation Office because the Defendant currently resides and is employed in that area.

According to the Probation Office, the Defendant has complied with all aspects of her probationary sentence to date and was allowed to make at least two trips out of the country in connection with her employment while on pretrial release.

While it is unclear to the Court why electronic monitoring did not commence with the issuance of the Judgment as ordered, the Defendant has shown compliance with all aspects of her probationary judgment and the Probation Office has no objection to the requested relief. Therefore, the Defendant will be allowed to make this business trip to Mexico in September and the home confinement portion of her probationary sentence will not begin until she returns or no later than October 7, 2007. The supervising Probation Office shall institute electronic monitoring of the Defendant <u>immediately</u> upon her return to the District of South Carolina.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to delay imposition of sentence is **ALLOWED**, and the home confinement portion of her probationary sentence is hereby **DEFERRED** until such time as the Defendant returns to South Carolina or no later than October 7, 2007.

**IT IS FURTHER ORDERED** that upon the Defendant's return to the District of South Carolina, and no later than October 7, 2007, the supervising Probation Office shall <u>immediately</u> institute electronic monitoring of the Defendant.

**IT IS FURTHER ORDERED** that the Defendant has the permission of the Court to travel to Mexico in September for business related purposes.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge